**Order entered August 19, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00978-CR
### No. 05-13-00979-CR

## ROY CURTIS STUART JR, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-52718-Y, F13-52719-Y**

## ORDER

The Court **REINSTATES** the appeals.

On July 21, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed in these appeals. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel Riann Moore; (3) Ms. Moore's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Moore requested thirty days from the August 18, 2014 findings to file appellant's brief.

We **ORDER** appellant to file his brief by **SEPTEMBER 17, 2014**. We note that appellant was granted an extension of time to file the brief on May 2, 2014, and the appeal was not abated for findings until July 21, 2014. Accordingly, no further extensions of time to file

appellant's brief will be granted absent a showing of extraordinary circumstances. If appellant's brief is not filed by the date specified, we will order Riann Moore and the Dallas County Public Defender's Office removed as counsel and will order the trial court to appoint new counsel to represent appellant on the appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; Riann Moore, Dallas County Public Defender's Office; and the Dallas County District Attorney's Office.


/s/     CAROLYN WRIGHT
        CHIEF JUSTICE